UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

|  |  |
|---|---|
| ABDUL MALIK UMAR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:18-cv-00261-LSC-HNJ |
| ) | |
| JEFF SESSIONS, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

Petitioner initially filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking release from detention pending deportation to Ghana. (Doc. 1). On April 17, 2018, the magistrate judge entered a report and recommendation that the petitioner's request for habeas released was due to be granted and the petitioner released from custody, based on the respondent's "Notice of Non-Opposition." (Doc. 7). The magistrate judge advised the parties of their respective rights to file objections to the recommendation. (*Id.*, at 2). The respondent then filed a "Notice of Petitioner's Change in Status" statin that ICE released the petitioner from custody on April 19, 2018. (Doc. 8).

After consideration of the record in this action, the report and recommendation, and the respondent's Notice of Petitioner's Change in Status, the court finds that petitioner's release on an order of supervision has rendered his habeas corpus petition moot. S*ee Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman*

*v. United States ex rel. INS*, 296 F.3d 1237, 1242 (11th Cir. 2002). Moreover, the court finds that no exceptions to the mootness doctrine apply in this case. *See Murphy v. Hunt*, 455 U.S. 478, 482 (1982); *Carafas v. La Vallee*, 391 U.S. 234, 237 (1968). Therefore, the court is of the opinion this action is due to be **DISMISSED** as **MOOT**. A separate Order will be entered.

**DONE** AND **ORDERED** ON MAY 11, 2018.

---
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704